IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE MARK A. BARNETT, CHIEF JUDGE

| | |
|---|---|
| CARBON ACTIVATED TIANJIN CO., LTD., CARBON ACTIVATED CORPORATION, DATONG JUQIANG ACTIVATED CARBON CO., LTD., SHANXI INDUSTRY TECHNOLOGY TRADING CO., LTD., DATONG MUNICIPAL YUNGUANG ACTIVATED CARBON CO., LTD. and BEIJING PACIFIC ACTIVATED CARBON PRODUCTS CO., LTD., <br><br>          Plaintiffs,<br><br>  v.<br><br>UNITED STATES,<br><br>          Defendant,<br><br>  and<br><br>CALGON CARBON CORPORATION and CABOT NORIT AMERICAS, INC.,<br><br>          Defendant-Intervenors. | Court No. 21-00131 |

**PLAINTIFFS' NOTICE OF APPEAL**

  Notice is hereby given that Plaintiffs Carbon Activated Tianjin Co., Ltd. and Carbon Activated Corporation appeal to the United States Court of Appeals for the Federal Circuit from the final judgment of the United States Court of International Trade entered in this action, *Carbon Activated Tianjin Co., Ltd. et al v. United States*, Court No. 21-00131, on April 28, 2023 (Dkt. No. 60), including (but not limited to) the: Opinion and Order dated August

8, 2022, Slip Op. 22-89 (Dkt. No. 45); and Opinion and Order dated April 28, 2023, Slip Op. 23-66 (Dkt. No. 59).  This Notice is filed in accordance with 28 U.S.C. § 2645(c) and 28 U.S.C. § 2107(b).

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: June 27, 2023 | /s/ David J. Ross |
|  | David J. Ross |
|  | Stephanie E. Hartmann |
|  | Kanzanira Thorington* |

WILMER CUTLER PICKERING HALE
  and DORR LLP
2100 Pennsylvania Avenue NW
Washington, D.C. 20037
(202) 663-6000
david.ross@wilmerhale.com

*Resident in WilmerHale's New York office:
7 World Trade Center
250 Greenwich Street
New York, NY 10007

*Counsel for Plaintiffs Carbon Activated Tianjin Co., Ltd. and Carbon Activated Corporation.*