Case 1:21-cv-00131-MAB Document 74 Filed 07/10/2025 Page 1 of 2
Case: 23-2135 Document: 59 Page: 1 Filed: 07/10/2025

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**CARBON ACTIVATED TIANJIN CO., LTD., CARBON ACTIVATED CORPORATION,**
*Plaintiffs-Appellants*

**DATONG JUQIANG ACTIVATED CARBON CO., LTD., SHANXI INDUSTRY TECHNOLOGY TRADING CO., LTD., DATONG MUNICIPAL YUNGUANG ACTIVATED CARBON CO., LTD., BEIJING PACIFIC ACTIVATED CARBON PRODUCTS CO., LTD.,**
*Plaintiffs*

**v.**

**UNITED STATES, CALGON CARBON CORPORATION, CABOT NORIT AMERICAS, INC.,**
*Defendants-Appellees*

2023-2135

Appeal from the United States Court of International Trade in No. 1:21-cv-00131-MAB, Chief Judge Mark A. Barnett.

**ON PETITION FOR PANEL REHEARING**

Before TARANTO, SCHALL, and CHEN, *Circuit Judges*.

PER CURIAM.

# O R D E R

Carbon Activated Corporation and Carbon Activated Tianjin Co., Ltd. filed a petition for panel rehearing.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is denied.

FOR THE COURT

July 10, 2025
Date

Jarrett B. Perlow
Clerk of Court