# United States Court of Appeals
# for the Federal Circuit

---

**CARBON ACTIVATED TIANJIN CO., LTD., CARBON ACTIVATED CORPORATION,**

*Plaintiffs-Appellants*

**DATONG JUQIANG ACTIVATED CARBON CO., LTD., SHANXI INDUSTRY TECHNOLOGY TRADING CO., LTD., DATONG MUNICIPAL YUNGUANG ACTIVATED CARBON CO., LTD., BEIJING PACIFIC ACTIVATED CARBON PRODUCTS CO., LTD.,**

*Plaintiffs*

v.

**UNITED STATES, CALGON CARBON CORPORATION, CABOT NORIT AMERICAS, INC.,**

*Defendants-Appellees*

---

2023-2135

---

Appeal from the United States Court of International Trade in No. 1:21-cv-00131-MAB, Chief Judge Mark A. Barnett.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered May 9, 2025, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

July 17, 2025
Date



Jarrett B. Perlow
Clerk of Court